FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

17 JUN 14  PM 4: 19

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1:17-cr-0106 TWP -TAB** |
| v. | ) | |
| | ) | |
| JOSEPH PICKETT, SR., | ) | -01 |
| a/k/a "J" | ) | |
| DARRELL PICKETT, | ) | -02 |
| KELLY JOE SPINKS, JR., | ) | -03 |
| SHEILA STEPP, | ) | -04 |
| WILLIAM JOSEPH BELEW, JR., | ) | -05 |
| LEONARD ALLEN | ) | -06 |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT ONE
(Conspiracy to Possess With Intent to Distribute and/or Distribute 1,000 Kilograms or More of a
Mixture or Substance Containing a Detectable Amount of Marijuana)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vii), and 846)

The Grand Jury charges that:

From in or around late 2015, the exact date being unknown to the Grand Jury, continuing

through April 14, 2017, in the Southern District of Indiana, Indianapolis Division, and elsewhere,

JOSEPH PICKETT, SR., DARRELL PICKETT, KELLY JOE SPINKS, JR., SHEILA STEPP

and WILLIAM JOSEPH BELEW, JR., the defendants herein, did knowingly conspire together

and with other persons known and unknown to the Grand Jury, to possess with the intent to

distribute and/or distribute 1,000 kilograms or more of a mixture or substance containing a

detectable amount of marijuana, a Schedule I Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vii), and 846.

## OBJECT AND MEANS OF THE CONSPIRACY

1.     During the course of the charged conspiracy, JOSEPH PICKETT, SR., DARRELL PICKETT, and KELLY JOE SPINKS, JR., would obtain large amounts of marijuana from individuals in California and other places outside the Southern District of Indiana.   After procuring the marijuana, JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR., and others would arrange for the marijuana to be transported from California to the Southern District of Indiana, where it would ultimately be redistributed.

2.     During the course of the charged conspiracy, JOSEPH PICKETT, SR., DARRELL PICKETT, KELLY JOE SPINKS, JR., SHEILA STEPP, and WILLIAM JOSEPH BELEW, JR. would distribute marijuana to individuals in the Southern District of Indiana.

3.     During the course of the charged conspiracy, JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR., and other individuals used a warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana to receive shipments of and store large amounts of marijuana. They also utilized a Storage Express storage locker located at 9201 West Washington Street in Indianapolis, Indiana, to store large amounts of marijuana, as well as office space located at 1224 Indy Place in Indianapolis, Indiana to store large sums of U.S. currency and firearms.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed the following overt acts, among others.

1.     Between June 7, 2015, and March of 2017, JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR., DARRELL PICKETT and other individuals known to the Grand Jury, travelled on American Airlines, United Airlines and Delta Airlines flights from Indianapolis, Indiana to California on over 20 occasions.   They also travelled by vehicle on numerous other occasions.   Once in California, PICKETT, SR. SPINKS, JR. and PICKETT would obtain anywhere between 100 pounds (45.45 kilograms) and 400 pounds (181.81 kilograms) of marijuana.   The marijuana was subsequently transported back to Indianapolis, Indiana.

2.     On or about January 5, 2017 and continuing through March 16, 2017, SHEILA STEPP, on over 20 occasions, accessed storage locker 171 at the Storage Express located at 9201 West Washington Street in Indianapolis, Indiana.   Each time, STEPP removed quantities of marijuana from the storage locker and placed them in her car.   STEPP subsequently distributed the marijuana to various individuals in the Southern District of Indiana.

3.     On or about February 8, 2017, JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR. and DARRELL PICKETT travelled in an American Eagle Motor Home from Indianapolis, Indiana to Anderson, California, where they procured a large amount of marijuana.   The marijuana was placed into pallet-like containers and transported back to Indianapolis on a semi-truck with a flatbed trailer.

4.     On February 17, 2017, JOSEPH PICKETT, SR., KELLY JOE SPINKS, and DARRELL PICKETT arrived from California in an American Eagle Motor Home and went to the warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana.

5.     On or about February 17, 2017, the semi-truck with the flatbed trailer arrived at the warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana, where the pallets containing the marijuana were unloaded into the warehouse.

6.     On or about February 17, 2017, KELLY JOE SPINKS, JR. and DARRELL PICKETT placed several black trash bags containing marijuana inside a storage locker at the Storage Express located at 9201 West Washington Street in Indianapolis, Indiana.

7.     On or about March 9, 2017, DARRELL PICKETT loaded five pallets on the flatbed trailer attached to a semi-truck.

8.     On or about March 9, 2017, JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR. and DARRELL PICKETT travelled from Indianapolis in an American Eagle Motor Home and headed west toward California to obtain a large amount of marijuana.   PICKETT, SR., SPINKS and PICKETT were in possession of over $799,000.00 in U.S. currency.

9.     On or about March 11, 2017, JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR. and DARRELL PICKETT arrived back in Indianapolis, Indiana.

10.     On or about March 11, 2017, JOSEPH PICKETT, SR. unloaded pallets containing marijuana off the flatbed trailer of a semi-truck outside of the warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana.

11.     On or about March 11, 2017, SHEILA STEPP accessed storage locker 171 at the Storage Express located at 9201 West Washington Street in Indianapolis, Indiana.   STEPP removed three large trash bags containing marijuana from the storage locker and placed them in her car.   STEPP subsequently distributed the marijuana in the Southern District of Indiana.

12.     On or about March 11, 2017, JOSEPH PICKETT, SR. and KELLY JOE SPINKS, JR., removed two boxes filled with several hundred thousand dollars of U.S. currency from office space located at 1224 Indy Place in Indianapolis, Indiana.

13.     On or about March 11, 2017, JOSEPH PICKETT, SR. loaded empty pallets back on to a flatbed trailer of a semi-truck outside of the warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana.

14.     On or about March 12, 2017, JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR. and DARRELL PICKETT took a one-way American Airlines flight from Indianapolis, Indiana to Reno, Nevada. They returned to Indianapolis, Indiana on or about March 23, 2017.

15.     On March 24, 2017, DARRELL PICKETT unloaded pallets containing marijuana off the flatbed trailer of a semi-truck outside of the warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana.

16.     On or about April 2, 2017, a semi-truck delivered a large amount of marijuana to the warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana.

17.     On or about April 3, 2017 through April 6, 2017, WILLIAM JOSEPH BELEW, JR., made numerous trips driving a blue Ford Expedition to and from the warehouse located at 1849 Stout Field East Drive in Indianapolis, Indiana.   During this period of time, BELEW met

with JOSEPH PICKETT, SR., KELLY JOE SPINKS, JR. and DARRELL PICKETT and distributed marijuana to other individuals.

18.     On or about April 7, 2017, KELLY JOE SPINKS, JR. loaded four empty pallets onto a flatbed trailer of a semi-truck outside of the warehouse located at 1849 Stout Field East Drive, in Indianapolis, Indiana.   A short time later KELLY JOE SPINKS, JR. and WILLIAM JOSEPH BELEW, JR. left the warehouse.

19.     On or about April 13, 2017, a semi-tractor, pulling a flatbed trailer containing pallets that each contained a large amount of marijuana, arrived at the rear of the warehouse located at 1849 Stout Field East Drive, Indianapolis, Indiana.   KELLY JOE SPINKS Jr. and WILLIAM JOSEPH BELEW, JR. facilitated the unloading of the pallets from the semi-truck and then left the warehouse together in a Chevrolet Impala.

20.     On or about April 14, 2017, KELLY JOE SPINKS, JR. and WILLIAM JOSEPH BELEW, JR. arrived together in a Chevrolet Impala at the warehouse located 1849 Stout Field East Drive, Indianapolis, Indiana.   Inside the warehouse was a large amount of marijuana and several empty cardboard U-Haul boxes.

21.     On or about April 14, 2014, WILLIAM JOSEPH BELEW was in possession of five cardboard U-Haul boxes containing a large amount of marijuana inside the cargo portion of his Ford Expedition.

22.     On or about April 14, 2017, JOSEPH PICKETT, SR. and KELLY JOE SPINKS, JR. were in possession of over $2.8 million and 35 firearms at 1224 Indy Place in Indianapolis, Indiana.

23.     On or about April 14, 2017, DARRELL PICKETT was in possession of a Taurus .38 caliber handgun.

24.     On or about April 14, 2017, JOSEPH PICKETT SR. was in possession of seven firearms.

All in violation of Title 21 United States Code, Section 846.

## COUNT TWO
(Possession With Intent to Distribute 100 Kilograms or More of a Mixture or Substance
Containing a Detectable Amount of Marijuana)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(V)(vii))

The Grand Jury further charges that:

On or about April 14, 2017, in the Southern District of Indiana, Indianapolis Division,

KELLY JOE SPINKS, JR., and WILLIAM JOSEPH BELEW, JR.,, defendants herein, did

knowingly possess with intent to distribute 100 kilograms or more of a mixture or substance

containing a detectable amount of marijuana, a Schedule I Narcotic Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

## COUNT THREE
(Possession of Marijuana)
(21 U.S.C. § 844)

The Grand Jury further charges that:

On or about April 14, 2017, in the Southern District of Indiana, Indianapolis Division,

LEONARD ALLEN, a defendant herein, did knowingly possess marijuana, a Schedule I

Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 844.

7

COUNT FOUR
(Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance)
(18 U.S.C. § 922(g)(3))

The Grand Jury further charges that:

On or about April 14, 2017, in the Southern District of Indiana, Indianapolis Division,

LEONARD ALLEN, a defendant herein, did knowingly possess in and affecting commerce, a

firearm, to wit: a Glock 9 mm semiautomatic handgun and/or Ruger .380 semiautomatic

handgun and/or a Glock .40 caliber semiautomatic handgun, being an unlawful user of a

controlled substance, as defined in Title 21 United States Code, Section 802, in violation of Title

18, United States Code, Section 922(g)(3).

COUNT FIVE
(Money Laundering Conspiracy)
(18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h))

The Grand Jury further charges that:

From in or around June 2016, the exact date being unknown to the Grand Jury,

continuing through April 14, 2017, in the Southern District of Indiana, Indianapolis Division,

and elsewhere, JOSEPH PICKETT, SR., a defendant herein, and Leonard Allen, not a defendant

herein, did knowingly conspire together and with other persons known and unknown to the

Grand Jury, to knowingly conduct and attempt to conduct a series of financial transactions

affecting interstate and/or foreign commerce, that is, transferring and causing the transfer of

United States currency constituting proceeds of a specified unlawful activity, that is, distribution

of controlled substances, in violation of Title 21, United States Code, Section 841, as repayment

of previously provided business checks from Pallet Depot, LLC, an Indianapolis, Indiana

company owned by Allen to Zen Trucking, LLC, an Indianapolis, Indiana company owned by

PICKETT and various other business entities, knowing that the transactions involved some form

of unlawful activity and that the transactions were designed in whole or in part to conceal or

disguise the nature, source, ownership, or control of the proceeds, in violation of Title 18, United

States Code, Sections 1956(a)(1)(B)(i) and 1956(h).

COUNT SIX
(Money Laundering)
(18 U.S.C. § 1957)

The Grand Jury further charges:

On or about September 6, 2016, in the Southern District of Indiana, Indianapolis

Division, and elsewhere, KELLY JOE SPINKS, JR., a defendant herein, did knowingly engage

in a monetary transaction by, through, or to a financial institution, affecting interstate commerce,

in criminally derived property of a value greater than $10,000, that is, on or about September 6,

2016, SPINKS and another individual purchased a 2016 Dodge Charger automobile, VIN:

2C3CDXL90GH291386, for approximately $53,060 United States currency at Westgate

Chrysler Jeep Dodge, Inc., Plainfield, Indiana, such property having been derived from a

specified unlawful activity, to wit, the unlawful distribution of marijuana, a Schedule I, narcotic

controlled substance, in violation of Title 18, United States Code, Section 1957.

## FORFEITURE

1.      The allegations in Counts 1 through 6 of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2.      If convicted of any of the offenses set forth in Counts 1 through 6, JOSEPH PICKETT, SR., DARRELL PICKETT, KELLY JOE SPINKS, JR., SHEILA STEPP, WILLIAM JOSEPH BELEW, JR., and LEONARD ALLEN, the defendants herein, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses of which they are convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which they are convicted.   Pursuant to Title 21, United States Code, Section 853 and Rule 32.2(e) of the Federal Rules of Criminal Procedure, such property includes any property constituting proceeds of the offenses of conviction that has not yet been located and identified by the United States.   Such property includes, but is not limited to the following:

- 2010 Harley Davidson FLHTC Electra Glide Classic Motorcycle
- 2001 Ford F-150 Super Crew Cab Lariat Pickup Truck
- 1987 Harley Davidson FLHT Electra Glide Classic Motorcycle
- 2004 Big Dog Mastiff Motorcycle
- Remington 1100 Duck Unlimited Shotgun
- 2006 Buick Lucerne CXL

- Ruger LCCP 380 Semiautomatic Pistol

- 2009 Jeep Wrangler Vehicle

- 2014 Dodge Ram 2500 Longhorn Pickup Truck

- 2016 Homesteader Patriot 714PT Trailer

- 1949 Chevrolet Thriftmaster 3100 Pickup Truck

- 1979 Plymouth Road Runner

- 2016 GMC Sierra Denali Pickup Truck

- 2016 Homesteader Patriot 824 Trailer

- 2007 American Eagle M-45D Motorhome

- 2015 Chevrolet Silverado LTZ Pickup Truck

- 2002 Dutch Star M-385-2 Recreational Vehicle

- 2008 Harley Davidson FLHTCU Classic Electra Glide Motorcycle

- 2005 Harley 0Davidson FLRTI Road Glide Motorcycle

- 2005 Chevrolet Corvette

- 2013 Harley Davidson Street Glide Classic Motorcycle

- 2012 Artic Cat Wildcat All-Terrain Vehicle

- Rolex Oyster Perpetual President Wrist Watch

- 14 kt yellow gold and diamond bracelet

- 14 kt yellow gold and diamond pendant and chain

- 14 kt yellow gold and diamond pendant

- $2,816,805.00 U S Currency

- 2015 GMC Light Duty Sierra 3500 Crew Cab Denali Pickup Truck

- 2016 Dodge Charger SRT Hellcat

- 2016 Dodge Challenger SRT Hellcat

- 2012 Harley-Davidson FLHX Street Glide

- $99,940.00 US Currency

- $797,935.00 U.S. Currency

- 2016 Dodge Charger SRT Hellcat

- 2007 Ford Mustang Shelby GT

- 1969 Chevrolet Camaro 2 Door Rally Sport

- 2014 Harley Davidson FLHXS Street Glide

- 1967 Chevrolet Camaro

- 2013 Ford Mustang Boss 302

- 2011 Ford F150 Pickup Truck

- 2007 Lincoln Mark LT

- 1970 Plymouth 383 Road Runner

- 1997 Harley-Davidson FLSTC Heritage

- 2007 Harley-Davidson XL 1200C Motorcycle

- 2000 Kawasaki VN800A6 Vulcan Motorcycle

- Custom Chopper Motorcycle

- 2006 Harley-Davidson FLHXI Street Glide Motorcycle

- 1995 Harley Davidson FXSTSB Bad Boy Motorcycle

- Orange County Chopper Motorcycle

- 2014 Chevrolet Impala LTZ

- Taurus .38 Caliber Handgun

- Ruger LC95 Semiautomatic Handgun

- Remingtion R51 Semiautomatic Handgun

- HK VP9 Semiautomatic Handgun

- Glock 43 Semiautomatic Handgun

- Ruger LC9s Semiautomatic Handgun

- GSG 1911 Semiautomatic Handgun

- S&W M&P15 – 22P, 0.22 Semiautomatic Handgun

- S&W 22A-1, .22 Semiautomatic Handgun

- SIG 250, 9mm Semiautomatic Handgun

- SIG P226 MK25, 9mm Semiautomatic Handgun

- Glock G17, 9mm Semiautomatic Handgun

- S&W 629, 44 Magnum Handgun

- Beretta 928, 9mm Semiautomatic Handgun

- Ruger Super Blackhawk, 44 Magnum Handgun

- Intratec AB-10, 9mm Semiautomatic Handgun

- West Pocket Safety Hammer, .32 Caliber Handgun

- Chippa Arms M4-22, .22 Caliber Handgun

- Hi-Point C, 9mm Handgun

- Keltec KSG, 12 Gauge Shotgun

- S&W 629, .44 Caliber Handgun

13

- Colt Trooper Mks, .357 Caliber Handgun

- Springfield XD, .45 Caliber Handgun

- Ruger LCP, .38 Caliber Handgun

- Ruger LCP, .38 Caliber Handgun

- Ruger .22 Caliber Handgun

- Colt Python, .357 Caliber Handgun

- Colt Anaconda, .44 Magnum Handgun

- Ruger Blackhawk, .357 Caliber Handgun

- Jimenez Arms JA9, 9mm Semiautomatic Handgun

- Ruger Single 6, .22 Caliber Handgun

- Rossi R46102, .357 Caliber Handgun

- Colt/Essex Arms 1911, .45 Caliber Semiautomatic Handgun

- American Arms Bulldog, .44 Caliber Handgun

- Mossberg 500, 12 Gauge Shotgun

- Mossberg 500, 12 Gauge Shotgun

- New England Arms Tracker, 12 Gauge Shotgun

- Hi-Point 4095 Semiautomatic Rifle

- CMMG Inc. 45A, 556

- Mossberg 5357, 12 Gauge Shotgun

- Winchester 12, 16 Gauge Shotgun

- Ruger 10 22, .22 Caliber Handgun

- Bushmaster Xm15-E2S, 0.223 Semiautomatic Rifle

14

- S&W M&P10, 0.308 Semiautomatic Rifle

- S&W M&P15, 0.223 Semiautomatic Rifle

- VEPR VEPR12, 12 Gauge Shotgun

- Rock River LAR 15 Pistol, 0.223 Semiautomatic Rifle

- Browning Invector 12 Gauge Shotgun

- ATI N/A, .22 Caliber Semiautomatic Handgun

- Mossberg 500, 12 Gauge Shotgun

- Bushmaster XM15-EZS, 0.223 Semiautomatic Rifle

- Mossberg 500, 12 Gauge Shotgun

- Remington 742 Rifle

- Bushmaster XMI5-E2s, 0.223 Semiautomatic Rifle

- Beretta CX4 STORM, 9mm Semiautomatic Handgun

- Beretta ES100, 12 Gauge Shotgun

- Mossberg 71st, .22 Semiautomatic Rifle

- CAI M70, 7.62 Semiautomatic Rifle

- Winchester 140, 12 Gauge Shotgun

- Mossberg 500, 12 Gauge Shotgun

- Remington SPR220, 12 Gauge Shotgun

- IWI (Walther) MPUZI, .22 Caliber Semiautomatic Handgun

- Mossberg 500, 12 Gauge Shotgun

- Remington 597, Semiautomatic Rifle

- STEVENS 62, Rifle

15

- ITHICA M49, .22SH Rifle

- STEVENS Marksman 0.22 Rifle

- Taurus Magnum, 44 Caliber Handgun

- Glock .40 Caliber Semiautomatic Handgun

- S&W 19-4/62254, .357 Caliber Handgun

- S&W Body Guard .38 Caliber Handgun

- Taurus Judge Public Defender, 410-4 Handgun

- S&W Springfield mass, 40 Caliber Semiautomatic Handgun

- Jimenez Arms JA380, 380 Semiautomatic Handgun

- Taurus Ultra-Light Titanium, .38 Caliber Handgun

- S&W Air-weight, .38 Caliber Handgun

- Ruger Blackhawk, 357 Caliber Handgun

- Springfield Armory XD-9, 9mm Semiautomatic Handgun

- Colt Gov with Rail, 45 Caliber Semiautomatic Handgun

- Sig Saver P250, 45 Caliber Semiautomatic Handgun

- Sig Saver Mosquito, 22 Caliber Semiautomatic Handgun

- S&W Springfield mass, 44 Caliber Handgun

- Glock 380 Semiautomatic Handgun

- High Point C9, 9mm Semiautomatic Handgun

- Diamond Back DB15, 0.223 Semiautomatic Rifle

- Mossberg 500, 12 Gauge Shotgun

- DPMS A-15, Semiautomatic Rifle

16

- Winchester 1200, 20 Gauge Shotgun

- Arc-angel, 556mm Semiautomatic Rifle

- Winchester 12, 12 Gauge Shotgun

- Mossberg 88 Maverick, 12 Gauge Shotgun

- Bushmaster XM15-E2S, .450 Semiautomatic Rifle

- Henry Evil Roy, .22 Rifle

- Remington 870, 20 Gauge Shotgun

- Taurus Rossi R92, 45 Caliber Shotgun

- Mossberg 500, 12 Gauge Shotgun

- Ruger Mini 14, .223 Semiautomatic Rifle

- Marlin 49DL, 22 Rifle

- Kimber Micro Carry STS, 9mm Semiautomatic Handgun

- Colt MK IV series 70 gov model, 45 Caliber Semiautomatic Handgun

- North America Arms, 22 Caliber Handgun

- S&W 67-1 combat master, .38 Caliber Handgun

- S&W 6-Oct, .38 Caliber Handgun

- Jennings Bryco 38, .380 Caliber Semiautomatic Handgun

- H&R 666, 22 Caliber Handgun

- S&W SW40VE model, 40 Caliber Semiautomatic Handgun

- S&W 22 long rifle, 22 Caliber Rifle

- Kimber Stainless Pro Carry II 45, 45 Caliber Handgun

- Kimber Stainless Pro Carry II, 9 mm Semiautomatic Handgun

17

- RG RG14, .22 Caliber Handgun

- North America Arms NAA-BWL, 22 Caliber Handgun

- Ruger Mark IV, 22 Caliber Handgun

- KSA, 22 Caliber Rifle

- Rock Island M200, .38 Caliber Handgun

- S&W 624, .44 Caliber Handgun

- S&W 14, .38 Caliber Handgun

- Glock 27, .40 Caliber Semiautomatic Handgun

- S&W Magnum, 500 Caliber Handgun

- Glock 30, .45 Caliber Semiautomatic Handgun

- Glock 22, .40 Caliber Semiautomatic Handgun

- Rossi Tener arms, .38 Caliber Handgun

- Double Tap DT045011, .45 Caliber Semiautomatic Handgun

- Kimber Custom 2, .45 Caliber Semiautomatic Handgun

- Ruger LCR, .38 Caliber Handgun

- S&W M661, .357 Caliber Handgun

- Taurus PT855, .380 Caliber Semiautomatic Handgun

- Jimenez arms, JA380, .380 Caliber Semiautomatic Handgun

- Bond arms Cowboy, .45 Caliber Handgun

- Taurus 85, .38 Caliber Handgun

- S&W M&P9 Shield, 9mm Semiautomatic Handgun

- S&W 30, .32 Caliber Handgun

- S&W BodyGuard, .380 Caliber Semiautomatic Handgun

- Glock 23, .40 Caliber Semiautomatic Handgun

- Glock 27, .40 Caliber Semiautomatic Handgun

- Ruger LC9s   Semiautomatic Handgun

- A Brown colored Muzzle loader, unknown make or serial number

- A .22 caliber SS Berg and Sons Rifle

- A .22 caliber Marlin Rifle

- A .22 caliber Rifle with a scope, unknown make

- A .22 caliber Remington rifle

- A 12 gauge Mossberg Shotgun

- A .58 caliber Cabelis black powder gun

- A Ruger LCP Handgun

- A loaded Ruger Magazine with 6 rounds of .380 ammunition

- Glock model 17; 9mm Semiautomatic Handgun

- Smith & Wesson; .38 Caliber Handgun

- Mossberg; 12 Gauge Shotgun

- Nighthawk Custom; .45 Caliber Handgun

- Smith & Wesson (Grim Reaper); 1911 .45 Caliber Semiautomatic Handgun

- Kahr; .45 caliber Semiautomatic Handgun

- Glock model 19; 9mm Semiautomatic Handgun

- Rock Island Armory; .45 Caliber Semiautomatic Handgun

- Taurus Brazil; .38 Caliber Handgun

- Bushmaster model XM; .223 Caliber Rifle

- Henry Repeating Arms; .22 Caliber Rifle

- Smith & Wesson; 44 Magnum Handgun

- Smith & Wesson Governor; .45 Caliber Handgun

- Colt New Agent; .45 Caliber Handgun

- FN model PS90 Semiautomatic Rifle

- Kimber LE Ultra Shadow; .45 Caliber Semiautomatic Handgun

- Sig Sauer P238; .380 Caliber Semiautomatic Handgun

- Sig Sauer 1911 Custom; .45 Caliber Semiautomatic Handgun

- SKS Arsenal Model SA93 Semiautomatic Rifle

- Supin Arms; 5.56 Caliber Semiautomatic Rifle

- Mag Tactical Systems; 5.56 Caliber Semiautomatic Rifle

- Sig Sauer model 516; 5.56 Semiautomatic Rifle

- Ruger All Weather Rifle

- Remington model 870; 12 Gauge Shotgun

- Ruger; .22 Caliber Handgun

- Taurus; 44 Magnum Handgun

- GSG; 1911 Semiautomatic Handgun

- Glock Model 30; .45 Caliber Semiautomatic Handgun

- Kel Tec; 9mm Caliber Semiautomatic Handgun

- Saiga; 7.62X51 Rifle

- Ruger Semiautomatic Rifle

- Smith & Wesson Model M & P15 Semiautomatic Rifle

- Winchester 1300; 12 gauge Shotgun

- SKS Rifle with Bayonet

- H&R Model 622 Handgun

- Taurus 38 Caliber Handgun

- Taurus 38 Caliber Handgun

3.      Pursuant to Title 21, United States Code, Section 853(p), the court shall order the

forfeiture of any other property of the defendants, up to the value of any property described in

paragraph 2, if, by any act or omission of the defendants, the property described in paragraph 2,

or any portion thereof:

a.   cannot be located upon the exercise of due diligence;
b.   has been transferred or sold to, or deposited with, a third party;
c.   has been placed beyond the jurisdiction of the court;
d.   has been substantially diminished in value; or
e.   has been commingled with other property which cannot be divided
     without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up

to the value of all forfeitable property as described above in Paragraph 2.

4.      If convicted of any of the offenses set forth in Counts 1 through 6, JOSEPH

PICKETT, SR., DARRELL PICKETT, KELLY JOE SPINKS, JR., SHEILA STEPP, WILLIAM

JOSEPH BELEW, JR., and LEONARD ALLEN, the defendants herein, shall also forfeit to the

United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

States Code, Section 2461(c), any firearm, ammunition or magazine involved in or used in any of the offenses of which they are convicted.

A TRUE BILL:

███████████████████████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: _____
Barry D. Glickman
Assistant United States Attorney

22